UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

RITA ELLIOTT )
 )
 Plaintiff, )
 ) **JUDGMENT**
v. )
 ) No. 2:20-CV-00068-RN
KILOLO KIJAKAZI, )
*Acting Commissioner of Social Security,* )
 )
 Defendant. )

**Decision by Court.**

**This action came before U.S. Magistrate Judge Robert T. Numbers, II for consideration on cross motions for judgment on the pleadings.**

**IT IS ORDERED ADJUDGED AND DECREED that the court grants Elliott's Motion for Judgment on the Pleadings (D.E. 21), denies Kijakazi's Motion for Judgment on the pleadings (D.E. 26), and remands this matter to the Acting Commissioner for further consideration. The Clerk of Court is directed to close this case.**

This Judgment Filed and Entered on October 13, 2021 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
David Mansfield (via CM/ECF Notice of Electronic Filing)
Lisa Rayo (via CM/ECF Notice of Electronic Filing)

             PETER A. MOORE, JR., CLERK

             /s/ Carson N. Brewer
             (By): Carson N. Brewer, Deputy Clerk